IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLONY INSURANCE CO. ) | |
| ) | Case No. 07-834 |
| ) | |
| Plaintiff, ) | **DECLARATORY JUDGMENT** |
| ) | **ACTION** |
| v. ) | |
| ) | |
| MECHANICAL INTERGRITY, INC. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Colony Insurance Company ("Colony"), as and for its declaratory judgment complaint against Defendant, Mechanical Integrity, Inc. ("MI") alleges as follows:

### Nature of Action

1. This is an action requesting the Court to issue a declaratory judgment denying that plaintiff Colony must indemnify and/or defend MI in a suit brought against MI by E.I. Du Pont de Nemours and Company ("DuPont") in this court based on an insurance policy issued to MI from Colony.

### The Parties

2. Plaintiff, Colony, is an insurance company with its place of domicile in Richmond Virginia. Colony is licensed to provide insurance in the State of Delaware.

3. Defendant, Mechanical Integrity, Inc. ("MI") is a Texas Corporation with its principal place of business located at 1423 First Street, Suite A, Humble, Texas 77338.

Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because diversity of citizenship exists between plaintiff and the defendant, and the value of the object of the underlying litigation exceeds $75,000.

5. The Court has personal jurisdiction over the defendant pursuant to 10 Del. C. § 3104.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the Defendant is subject to personal jurisdiction in this District.

Facts

7. On June 1, 2007, MI was sued in the District Court of Delaware in E. I. Dupont de Nemours and Company v. Mechanical Integrity, Inc., Civil Action No: 07-346.

8. The Complaint in the above-captioned matter alleged that MI committed breach of contract, misrepresentation, and fraud based upon a 2004 contract between MI and Dupont, a Delaware Corporation. Pursuant to that contract, MI was required to perform an inspection of approximately 3,600 feet of pipeline used to transport chloroform, a hazardous material, to Dupont's Louisville Kentucky facility. Due to MI's alleged failure to properly conduct the inspection, a serious leak in the pipeline caused a chloroform leak and DuPont was forced to expend over $2,000,000 to remediate the area where the leak occurred. (See Copy of DuPont Complaint attached hereto as Exhibit A).

9. At all times pertinent, Colony issued and had in full force and effect a policy of insurance to MI with policy number GL120585 (the "Policy").

10. On June 25, 2007, MI filed a claim with Colony requesting defense and indemnity pertaining to the Dupont suit.

11. The Policy specifically included a Hazardous Materials Exclusion Endorsement, which excluded any claims, which arose out of:

> a. Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged, or threatened discharge, dispersal, seepage migration, release or escape of "hazardous materials" at any time.
> b. Pollution cost or expense.
> c. Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to "hazardous materials".
> d. Any supervision, instructions, recommendations, warning or advice which should have been given in connection with paragraphs (1), (2), or (3) above.

12. The Policy also specifically included a Professional Services Exclusion Endorsement, which excluded any claims for "bodily injury", "property damage" or "personal and advertising injury" arising out of or resulting from the rendering or failure to render any "professional service" except by endorsement to the Policy and only to the extent of such endorsement. The policy defined "Professional Services" as "engineering services including any related supervisory or inspection services".

13. MI's actions of contracting with DuPont to inspect a pipeline used to transport chloroform, a hazardous material, and allegedly negligently performing these actions falls squarely within the purview of the Hazardous Materials and Professional Services Exclusions found in the Policy.

14. Further, if it is proven that MI committed fraud, as alleged in the Complaint, the Policy is void as to any claim as it relates to the allegations of fraud.

15. As such, MI's claim is not covered under the Policy because it is excluded by the specific policy exclusions enumerated above.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an Order pursuant to 28 U.S.C. § 2201 declaring the rights of parties to this action, declaring that Plaintiff is under no duty to indemnify or defend under the Policy of insurance issued by Plaintiff to Defendant, and costs, attorneys' fees, and for any other relief which the Court deems appropriate.

HECKLER & FRABIZZIO

DANIEL L. MCKENTY (I.D. No. 2689)
KRISTA E. BUTLER (I.D. No. 4526)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Colony Insurance Company

## DEFENDANTS
Mechanical Integrity, Inc.

(b) County of Residence of First Listed Plaintiff: Richmond, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Harris County, TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Heckler & Frabizzio, 800 Delaware Ave., Wilmington, DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC §2201; 10 Del. C. §3114

Brief description of cause: Declaratory Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Equitable Relief
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER: 07-346

DATE: 12/20/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 DEC 20 PM 3:21

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 7 - 8 3 4

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_12/20/07_       _Krista Butler_
(Date forms issued)      (Signature of Party or their Representative)

_Krista Butler_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action