IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLONY INSURANCE CO. | ) | |
| | ) | |
| Plaintiff, | ) | **DECLARATORY JUDGMENT** |
| | ) | **ACTION** |
| v. | ) | |
| | ) | |
| MECHANICAL INTERGRITY, INC. | ) | CA No.: 07-834 |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

To:  Clerk of the Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE  19801

Please serve, by registered mail, Mechanical Integrity, Inc., at 1423 First Street, Suite A, Humble, TX  77338, a Complaint for Declaratory Judgment, pursuant to 10 Del. C. § 3114.

HECKLER & FRABIZZIO

Daniel L. McKenty
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
(302) 573-4800
Attorney for Defendant