IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-834-SLR/LPS |
| | ) |
| MECHANICAL INTEGRITY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER REGARDING REFERENCE**
**PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 8th day of January, 2008, the above captioned case having been automatically referred to Magistrate Judge Leonard P. Stark on January 2, 2008;

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.[1]

3. Conduct alternate dispute resolution.

4. Hear and determine all matters relating to any of the foregoing (e.g., briefing, scheduling, extensions of time.)

5. The above caption shall be used in all subsequent filings in this action.

                                                       _____
                                                       United States District Judge

---

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.