AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Colony Insurance Co

v.

Mechanical Integrity, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-834 SLR-LPS

TO: (Name and address of Defendant) Mechanical Integrity Inc. c/o Secretary of State of Delaware in accordance with 10 Del C. § 3104.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. McKenty
Heckler & Frabizzio
800 Delaware Ave
Suite 200
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JAN - 4 2008

CLERK _____    DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me(1) | DATE<br>2/4/2008 @ 3:52 p.m. |
| NAME OF SERVER (PRINT)<br>Michael J. Dellose | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Karen Charbonneau, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane, Dover, DE 19901**

**50, F, W, 5'6", 140 pounds, blonde hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/7/2008
                    Date

*[signature]*
Michael J. Dellose

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure