IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | C. A. No. 07-834-SLR/LPS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL INTEGRITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as attorney on behalf of the defendant, Mechanical Integrity, Inc., in the above-captioned matter.

Dated: April 1, 2008                             FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
Robert K. Pearce, Esq. (I.D. No. 191)
824 Market Street, Suite 904
Wilmington, DE 19801
Tel: (302) 575-1555
Fax: (302) 575-1714
Attorney for Mechanical Integrity, Inc.
rpearce@ferryjoseph.com

## CERTIFICATE OF SERVICE

      I, Robert K. Pearce, Esquire do hereby certify that on March 31, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Daniel L. McKenty, Esquire
Krista E. Butler, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128

                                            /s/Robert K. Pearce
                                            Robert K. Pearce (I.D. No. 191)

Dated: April 1, 2008