IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | C. A. No. 07-834-SLR/LPS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL INTEGRITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew T. Noll, Esquire to represent the Defendant in this matter.

FERRY, JOSEPH & PEARCE, P.A.

*/s/ Robert K. Pearce*
Robert K. Pearce, Esquire (I.D. 191)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
Local Counsel for Defendant

Dated: 4/11/08

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: 4/11/08

Matthew T. Noll, Esquire
Zukowski, Bresenhan & Sinex, L.L.P.
Suite 1100
1177 West Loop South
Houston, TX 77027