IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | C. A. No. 07-834-SLR/LPS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL INTEGRITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

APPENDIX TO
DEFENDANT MECHANICAL INTEGRITY, INC.'S REPLY BRIEF

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQ (ID # 191)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com
Attorney for Defendant
Mechanical Integrity, Inc.

OF COUNSEL:
Zukowski, Bresenhan & Sinex, L.L.P.
Maurice Bresenhan, Jr.
Pascal Paul Piazza
Matthew T. Noll
1177 West Loop South, Suite 1100
Houston, Texas 77027

Date: April 18, 2008

## **TABLE OF CONTENTS**

Color Page from Mechanical Integrity Website                                              1




EQUIPMENT    ENGINEERING    SERVICES    TRAINING/CONSULTING    CONTACT US    April 9, 2008

Home

## Equipment Distributors

### Our Difference

Mechanical Integrity is able to provide the benefits of thirty-five years experience by applying advanced, innovative automated inspection to the power utility, petrochemical and aerospace industries. Our high speed inspection and advanced scanning techniques combined with our onsite reporting provides our client with the best technical answer to their requirements in the shortest possible time frame. We focus on our professionalism, integrity, and dedication.



| Canada | |
|---|---|
| All Areas | Canet<br><br>124 Skyway Ave.<br>Toronto, Ontario, Canada M9W 4Y9<br><br>www.andec.ca<br>416-213-8000 |
| United States: | |
| Texas, Oklahoma, Arkansas, | Stroud Systems, Inc.<br><br>600 N. Shepherd Dr |

| | |
|---|---|
| Louisiana | Suite 115<br>Houston, TX 77007<br><br>www.stroudsystems.com<br>Office 281-934-3205 |
| Southeast US | Newco, Inc<br><br>2811 W. Palmetto St.<br>Florence, SC 29501<br><br>843-669-2988<br>800-545-9729 |

:

Phone 281 540 0314
© 2006 Mechanical Integrity, Inc. All rights reserved.
Terms of Use and Disclaimer

## CERTIFICATE OF SERVICE

      I, Robert K. Pearce, Esquire do hereby certify that on April 18, 2008, I electronically filed the foregoing **Mechanical Integrity, Inc.'s Appendix to Reply Brief** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Daniel L. McKenty, Esquire
Krista E. Butler, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128

      /s/Robert K. Pearce
      Robert K. Pearce (I.D. No. 191)

Dated: April 18, 2008