

**DCECF_LiveDB@txs.uscourts.gov**

08/11/2008 04:00 PM

To  InterdistrictTransfer_DED@ded.uscourts.gov

cc

bcc

Subject  Transferred case has been opened

CASE: 1:07-cv-00834

DETAILS: Case transferred from Delaware
has been opened in SOUTHERN DISTRICT OF TEXAS
as case 4:08-cv-02456, filed 08/11/2008.